**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JULIAN J. PARDINI, SB# 133878
　E-Mail: pardini@lbbslaw.com
JULIE M. AZEVEDO, SB# 151618
　E-Mail: azevedo@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DODDS and MARCIA DODDS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:12-CV-01918-MCE-AC<br><br>**ORDER**<br><br>Trial Date:　January 6, 2014 |

### ORDER

The Court reviewed the parties Stipulations filed on February 15, 2013 (ECF No. 23). The parties settled the case in January 2013, and now the parties have agreed that the Court may now enter an order that the above-captioned action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated:　February 22, 2013

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　MORRISON C. ENGLAND, JR., CHIEF JUDGE
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE